UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS DIVISION      FILED

JAMES Scholtz

2021 SEP 21  PM 12: 03

Vs.

CASE NO: 2:20-CV-146-SPC-MRM

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

BILL PRUMMELL, JEFF YOUNG
DON WHITE, JUSTIN PRICE

• NOTICE TO THE COURT •
• REQUEST FOR CONTINUED STAY •

Comes now "PRO SE" Plaintiff James Scholtz and in compliance with a previous order by this court gives notice that he has entered into a plea agreement with the state. While waiving his right to a trial the Plaintiff has pled "No Contest" to criminal charges stemming from multiple warrantless entrys CASE NO: 19000158F. Scholtz also gives notice he entered into this deal with the specific right to appeal the constitutionality of those entry's and those warrantless entry's are the basis for this lawsuit..

• REQUEST FOR CONTINUED STAY •

This court previously granted a motion to stay the proceeding pending a resolution of criminal charges. While it is true the defendant entered into a plea deal, Scholtz ask's the courts

to take notice that he has reserved his right to appeal the denial of a suppression hearing. In fact Scholtz has retained counsel and is currently filing a notice of appeal that directly attacks the validity of these entry's. This action constitutes an ongoing state judicial proceeding. As such Younger still applys.

   See: Younger, 401 U.S. at 45
   See also: Wallace v. Kato, 549 U.S. 384, 393-94 (2007)

With these cases and their rulings Scholtz requests that this court hold the existing stay pending a conclusion and or final disposition on his appeal. Plaintiff's appeal is currently being filed in the 2nd district Court of Appeals.

In this case it was the defendants whom motioned for the stay Paylan v. Fla. Bd. of Med. (M.D. Fla. 2016) Also Wallace cited footnote 8 of Heck v. Humphrey, 512 U.S. 477 wich reasoned "if a state criminal defendant brings a federal civil-rights lawsuit during the pendency of his criminal trial, appeal, or state habeas action abstention may be an appropriate response to the parallel state court proceedings.

Wherefor the plaintiff respectfully asks this court to accept notice and enter its ~~~~ ruling and continue the stay...

I hereby certify that a true and correct copy hereof has been furnished to:

United States District Court
Middle District of Florida
   Office of the Clerk
Room 2-194 United States Courthouse
And Federal Building
2110 First Street
Fort Myers, FL 33901

      Also:

Purdy, Jolly Giuffreda, Barranco & Jisa, P.A.
2455 E. Sunrise Blvd #1216
Ft. Lauderdale FL 33304
  • Attorney for Defendants •

Sent via U.S. Postal Mail on 9-16-2021

*(signature)*
James Scholtz
Charlotte County Jail
26601 Airport Rd.
Punta Gorda FL 33982